UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SCOTT JAMESON<br><br>Defendant | ) Criminal No.<br>)<br>) Violations:<br>)<br>) Count One: Engaging in Illicit Sexual Conduct in<br>) a Foreign Place<br>) (18 U.S.C. § 2423(c))<br>)<br>) Count Two: Transportation of Child Pornography<br>) (18 U.S.C. § 2252A(a)(1))<br>)<br>) Transportation Forfeiture Allegation:<br>) (18 U.S.C. § 2428(a))<br>)<br>) Child Pornography Forfeiture Allegation:<br>) (18 U.S.C. § 2253) |

## INDICTMENT

### COUNT ONE
Engaging in Illicit Sexual Conduct in a Foreign Place
(18 U.S.C. § 2423(c))

The Grand Jury charges:

Between on or about August 27, 2022 and on or about October 19, 2022, the defendant,

SCOTT JAMESON,

a citizen of the United States, with a last known residence in Sutton, in the District of Massachusetts, did travel in foreign commerce, from the United States to Cambodia, and reside temporarily and permanently in a foreign country, and engage in engage in illicit sexual conduct with another person, Minor #1, as defined in Title 18, United States Code, Section 2423(f)(3).

All in violation of Title 18, United States Code, Section 2423(c).

1

COUNT TWO
Transportation of Child Pornography
(18 U.S.C. § 2252A(a)(1))

The Grand Jury further charges:

On or about October 19, 2022, in Boston, in the District of Massachusetts, and elsewhere, the defendant,

SCOTT JAMESON

knowingly transported in interstate and foreign commerce by any means, including by computer, any child pornography, as defined in Title 18, United States Code, Section 2256(8).

All in violation of Title 18, United States Code, Section 2252A(a)(1).

TRANSPORTATION FOR ILLEGAL SEXUAL ACTIVITY FORFEITURE ALLEGATION
(18 U.S.C. § 2428(a))

1.      Upon conviction of the offense in violation of Title 18, United States Code, 2423(c), set forth in Count One, the defendant,

SCOTT JAMESON,

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2428(a), any property, real or personal, used or intended to be used to commit or to facilitate the commission of such offense, or any property, real or personal, that constitutes or is derived from proceeds obtained, directly or indirectly, as a result of such offense.

2.      If any of the property described in Paragraph 1 above as being forfeitable pursuant to Title 18, United States Code, Sections 2428(a), as a result of any act or omission of the defendant --

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property that cannot be divided without difficulty;

it is the intention of the United States of America, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above

   All pursuant to Title 18, United States Code, Section 2428(a).

CHILD PORNOGRAPHY/CHILD EXPLOITATION FORFEITURE ALLEGATION
(18 U.S.C. § 2253)

3

1.      Upon conviction of the offense in violation of Title 18, United States Code, 2251A(a)(1), set forth in Count Two, the defendant,

SCOTT JAMESON,

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2253, (i) any visual depiction described in sections 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110 of Title 18, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110 of Title 18; (ii) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and (iii) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

2.      If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 2253, as a result of any act or omission of the defendant --

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States of America, pursuant to Title 18, United States Code, Section 2253(b), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of

4

any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 2253.

A TRUE BILL

_____
FOREPERSON

_____
Kristen M. Noto
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: November 15, 2022
Returned into the District Court by the Grand Jurors and filed.

/s/ Mariliz Montes    3:25 PM
_____
DEPUTY CLERK