The Honorable Richard G. Stearns
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

I am Susan James. I am the mother of Scott Jameson, who has been charged with serious and reprehensible crimes involving images of child pornography downloaded to his computer and videos he took. I understand that because of his inexcusable behavior he is facing imprisonment and severe fines.

I am 77 years old and live by myself in a small group of widely spaced houses near the top of a hill in Dudley, Massachusetts.

I have recently suffered several blackouts - events which briefly and without warning caused me to collapse. These events disqualified me from the right to drive. I am now confined to my own house and lot. With Scott's kind and willing support I have been able to cope with this unfortunate turnaround in my life. Scott drives to my house and takes me shopping for food, garden supplies, clothes, postage stamps, and gas. Scott also takes me to the doctor, blood draws, bank, Great Cuts, and dump. I couldn't get to these places without Scott's help. Elderbus does not go to Market Basket, Home Depot, post office, bank, doctor, gas station, library, or Great Cuts.

Another health issue which has affected me in the last few years is common for aging citizens. I have lost my sense of balance. Scott gives me his hand when we are walking together, but most of the time I must cope on my own. Scott has worked to make my house safer to move around in. Scott spent many afternoons replacing the footing and rebuilding and strengthening the stairs and banisters to my deck. He has installed bright lights and the hand hold I use when getting out of the tub.

Scott's magic and juggling shows and performances appealed to all ages and brought families together for an enjoyable event. Scott's school performances helped stimulate the learning of language, history, and science. Bringing a student in front of the audience to

help in a magic trick encouraged their development of poise and self respect.

Scott has always been friendly to and supportive of his neighbors. An elderly couple who lived near him thought of him as a second son. When the husband died, the family asked Scott to be one of the coffin bearers at his funeral. The woman who runs Scott's small post office is Cambodian born. She and Scott became good friends and she invited Scott to local Buddhist festivals, and shared homemade Cambodian food with him. She also travelled to Cambodia with Scott and introduced him to family and friends.

I am hesitant to walk in the street (we have no sidewalk) because of my lack of balance. This, combined with my inability to drive confines me to my house and property. Scott's visits, text messages and phone calls are much appreciated antidotes for loneliness and slight feelings of depression. When Scott visits he often helps me with my computer problems and questions. We also enjoy sharing a snack or a take out meal. Take-out food is inaccessible to me.

Scott has voiced no enmity toward the government and police. He understands that an important role of government is to protect its citizens and that his conduct has caused harm.

Scott willingly attends his sessions with a psychiatrist and is thoughtful about them. Scott has accepted responsibility for his actions and is intent not to lapse into harmful behavior again.

I ask that you please show mercy on my son. I am confident he will not re-offend and will continue being a helpful son and neighbor.

*Susan James*
Susan James